From
Jeffrey T Burts
CDCR# P-72028
CTF Central (CW 101 L)
Po Box 689
Soledad CA 93960

RECEIVED
OCT - 3 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
United States District Court
Northern District
450 Golden Gate Ave.
San Francisco CA. 94102-348