FILED

07 OCT -5 PM 1: 17

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CW

Jeffrey T. Burts

             Plaintiff,

    vs.

E. Abanico, et al.

             Defendant.

C 07 5131

CASE NO. _____

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, _Jeffrey T. Burts_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed?        Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1   and wages per month which you received.  (If you are imprisoned, specify the last place of

2   employment prior to imprisonment.)

3   _SSI_____

4   _____

5   _____

6   2.      Have you received, within the past twelve (12) months, any money from any of the following

7   sources:

8        a.      Business, Profession or                    Yes ____ No X

9                self employment

10       b.      Income from stocks, bonds,                  Yes ____ No X

11               or royalties?

12       c.      Rent payments?                              Yes ____ No X

13       d.      Pensions, annuities, or                     Yes ____ No X

14               life insurance payments?

15       e.      Federal or State welfare payments,          Yes ____ No X

16               Social Security or other govern-

17               ment source?

18   If the answer is "yes" to any of the above, describe each source of money and state the amount

19   received from each.

20   _____

21   _____

22   3.      Are you married?                    Yes X  No ____ .

23   Spouse's Full Name: _MeliSS GAYeR BuRTS_____

24   Spouse's Place of Employment: __SePeRated_____

25   Spouse's Monthly Salary, Wages or Income:

26   Gross $_____ Net $_____

27   4.   a.      List amount you contribute to your spouse's support:$ __0_____

28        b.      List the persons other than your spouse who are dependent upon you for support

children, list only their initials and ages. DO NOT INCLUDE

**(A.B) 2 ½ years of age**

5.   5.    Do you own or are you buying a home?                Yes ____ No ✗

6.   Estimated Market Value: $_____ Amount of Mortgage: $_____

7.   6.    Do you own an automobile?                          Yes ____ No ✗

8.   Make _____ Year _____ Model _____

9.   Is it financed? Yes ____ No _____ If so, Total due $_____

10.  Monthly Payment: $_____

11.  7.    Do you have a bank account? Yes ____ No ✗ (Do not include account numbers.)

12.  Name(s) and address(es) of bank: _____

13.

14.  Present balance(s): $_____

15.  Do you own any cash? Yes ____ No ✗ Amount $_____

16.  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

17.  market value.) Yes ____ No ✗

18.

19.  8.    What are your monthly expenses?

20.  Rent: $ 0                        Utilities:  0

21.  Food: $ 0                        Clothing  0

22.  Charge Accounts:

23.  | Name of Account | Monthly Payment | Total Owed on This Acct. |
     | --- | --- | --- |
     | | $ | $ |
     | | $ | $ |

26.  | | $ | $ |

27.  9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

28.  they are payable. Do not include account numbers.) **Restitution and child Support**

1 _____

2 _____

3 10.    Does the complaint which you are seeking to file raise claims that have been presented in

4 other lawsuits?   Yes _____  No X

5 Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6 they were filed.

7 _____

8 _____

9        I consent to prison officials withdrawing from my trust account and paying to the court the

10 initial partial filing fee and all installment payments required by the court.

11       I declare under the penalty of perjury that the foregoing is true and correct and understand

12 that a false statement herein may result in the dismissal of my claims.

13

14 _September 1, 2007_                    _Jeffrey (Todd) Burts_

15        DATE                              SIGNATURE OF APPLICANT

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

     I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

_BURTS  P72028_____ for the last six months at
[prisoner name]

_CORRECTIONAL TRAINING FACILITY_ where (s)he is confined.
[name of institution]

     I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _0_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _0_ .

Dated: _10-1-07_      _Brenda Nation, Acct Technician_
                      Authorized officer of the institution

CORRECTIONAL TRAINING FACINITY

*TRUST OFFICE*

THIS INSTRUMENT IS A CORRECT
THE TRUST ACCOUNT MAINTAINED
BE.
_10-1-07_
DEPARTMENT OF CORRECTIONS
_Brenda Nation_
TRUST OFFICE

_Account Technician_

4

00001000
PAGE NO:        1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAY  02, 2007 THRU OCT. 01, 2007

ACCOUNT NUMBER : P72028                 BED/CELL NUMBER: CFCWT1000000104L
ACCOUNT NAME   : BURTS, JEFFREY              ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 09/22/2007 | H118 | LEGAL COPIES HOLD | 1002 LCOPY | 1.60 |
| 09/22/2007 | H118 | LEGAL COPIES HOLD | 1002 LCOPY | 1.50 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|------------------|-----------------|---------------|---------------------------|
| 0.00 | 0.00 | 0.00 | 0.00 | 3.10 | 0.00 |

CURRENT
AVAILABLE
BALANCE
---------------
3.10-
---------------
---------------

THIS DOCUMENT IS A CORRECT ... T ACCOUNT MAINTAINED
... 10-1-07
... CORRECTIONS
BY _____  TRUST OFFICE
Account Technician

STATE OF CALIFORNIA
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

2007 OCT -1  AM 9: 30

Date: September 28, 20 07

To: Warden
ACCOUNTING DEPT

Approved C. Opel

I hereby request that my Trust Account be charged $ _____ for the purpose stated below and authorize the withdrawal of that sum from my account:

P72028
NUMBER

Jeffrey (Todd) Burts
NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

PURPOSE _____

NAME Office of the Clerk

ADDRESS U.S. Court House
450 Golden Gate Avenue
San Francisco, Ca. 94102-3483

Jeffrey (Todd) Burts
PRINT YOUR FULL NAME HERE

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, ___Jeffrey T. Burts_____, declare:

I am over 18 years of age and a party to this action. I am a resident of _CTF-Cental, Soledad_

_____Prison,

in the county of _Monterey_____,

State of California. My prison address is: _CTF, P.O. Box 689, Soledad CA 93960____,

_____

On_____,
(DATE)

I served the attached: _Complaint and In Forma Pauperis_____

_____
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

    Office of the Clerk
    United States District Court for the Northen District
    U.S. Courthouse
    450 Golden Gate Avenue
    San Francisco, CA 94102-3483

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on _September 27, 2007_           _[signature] Jeffrey (Todd) Burts_
(DATE)                                      (DECLARANT/SIGNATURE)

Civ-69 (Rev. 9/97)

-9-

::ODMA\PCDOCS\WORDPERFECT\22832\1