Mr. Jeffrey (Todd) Burts P72028  
1-N-25 Low  
San Quentin State Prison  
San Quentin, Ca. 94974

January 27, 2008  
Sunday

Case Number C 07 5131

RECEIVED  
JAN 2 9 2008  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

To Whom it May Concern

I am writing to Let the Courts know, I am no longer at CTF Soledad. But now I'm at San Quentin State Prison. I am Jeffrey (Todd) Burts P72028 who have Filed a Complaint, and would Kindly Appreciate if I could be brought up todate on where My Complaint is at this Precise Moment. On Case Number C 07 5131. Having this done expeditiously would be a great Help and most appreciated. Thankyou Very Kindly

Yours Truly

Jeffrey (Todd) Burts